## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ROBBY GENTRY, | |
| Plaintiff, | Civil Action File No.: _____ |
| v. | |
| DOLGENCORP, LLC D/B/A DOLLAR GENERAL, JOHN DOE I and JOHN DOE II | *[Removed from Cobb County State Court; CAFN: 20-A-617]* |
| Defendants. | |

## NOTICE OF REMOVAL

COMES NOW Dolgencorp, LLC d/b/a Dollar General, party defendant in the above-styled case, and within the time prescribed by law, file this Notice of Removal, and respectfully shows to the Court the following facts:

1.

Plaintiff filed suit against Defendant in the State Court of Cobb County, State of Georgia for personal injuries allegedly incurred as a result of a fall in a Dollar General store (store no. 03698) in Calhoun, Georgia.  The suit is styled as above and numbered Civil Action File No. 20-A-617 in that Court.

2.

Dolgencorp, LLC is a Kentucky limited liability company with a principal

place of business in Goodlettsville, Tennessee.  Dolgencorp, LLC is not a citizen of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforementioned civil action and has not since become a Georgia citizen.

3.

The sole member of Dolgencorp, LLC is Dollar General Corporation. Dollar General Corporation is a Tennessee corporation with a principal place of business in Goodlettsville, Tennessee.  Dollar General Corporation is not a citizen of the State of Georgia, was not a citizen of the State of Georgia on the date of filing of the aforementioned civil action, and has not since become a Georgia citizen.

4.

The citizenship of defendants sued under fictitious names, e.g. John Doe, shall be disregarded when determining whether a civil action is removable on the basis of diversity jurisdiction.  28 U.S.C.A. § 1441(b).

5.

Upon information and belief, Plaintiff Robby Gentry is a resident of the State of Georgia who has been a resident of Georgia continuously since May 12, 2018 and has no plans to move outside of the state of Georgia for the foreseeable future.  *See* Plaintiff's Complaint for Damages, a true and accurate copy of which

is attached hereto as **Exhibit "A."**  Plaintiff was not a citizen of the States of Kentucky or Tennessee on the date of filing the aforementioned civil action, has not since become a citizen of Kentucky or Tennessee and intends to remain in Georgia indefinitely.

6.

Defendant Dolgencorp, LLC was served with the Summons and Complaint for Damages on or about February 18, 2020.  In Plaintiff's Complaint he alleges he suffered physical injuries, including unspecified amounts of past and future medical expenses and unspecified amounts of other special and general damages, including pain and suffering, "permanent disability and impairment," and punitive damages.  *See* Plaintiff's Complaint for Damages, ¶¶ 20-24.

7.

The case stated by the initial pleading was not removable solely because the amount in controversy was not specified in the Complaint.

8.

Under 28 U.S.C. § 1446(c)(3)(A), "information relating to the amount in controversy in . . . responses to discovery shall be treated as an 'other paper' under subsection (b)(3)."  Due to the COIVD-19 pandemic, the parties agreed to mutual extensions of deadlines to formally respond to written discovery.  But on April 2,

2020, Plaintiff's counsel informally produced Plaintiff's medical records and bills by email, which show claimed past medical expenses of approximately $67,000.00, including hip replacement surgery.

9.

As shown above, the amount in controversy will exceed the sum of $75,000.00, exclusive of interest and costs.

10.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and, accordingly, is one which may be removed to this Court by Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy will exceed the sum of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

11.

This Notice is filed within 30 days of Defendant's receipt of Plaintiff's informal document production, which constitute an "other paper" pursuant to the requirements of 28 U.S.C. § 1446(b).  *See* 28 U.S.C. § 1446(c)(3)(A).

12.

Pursuant to the provisions of 28 U.S.C. § 1446 Defendant has attached

hereto copies of all process, pleadings, and orders served upon it in this case, such copies being marked **Exhibit "B."**   In addition, Defendant shows that it has already answered the lawsuit in the state court action referenced above and a copy of that Answer is attached hereto as **Exhibit "C."**   There are no motions pending in the State Court of Cobb County, Georgia at the time of filing this Notice of Removal.

13.

Venue properly rests in the Atlanta Division of the United States District Court of the Northern District of Georgia, as this case is being removed from the State Court of Cobb County, Georgia, which sits in the Atlanta Division of United States District Court for the Northern District of Georgia.   A Notice of Filing Notice of Removal to Federal Court will be filed with the State Court of Cobb County, Georgia.

WHEREFORE, Defendant prays that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

[*Signature on following page.*]

This 1st day of May, 2020.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ **Erica L. Morton***

_____
Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax:     (404) 888-6199
Email: erica.morton@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ROBBY GENTRY, | |
| Plaintiff, | Civil Action File No.: _____ |
| v. | |
| DOLGENCORP, LLC D/B/A DOLLAR GENERAL, JOHN DOE I and JOHN DOE II | *[Removed from Cobb County State Court; CAFN: 20-A-617]* |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the ***Notice of Removal*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Matthew T. Wilson, Esq.
PRINCENTHAL, MAY & WILSON, LLC
750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 303028
Email: matthew@princemay.com

Carson A. Royal, Esq.
HARRIS & HARTMAN LAW FIRM, P.C.
P.O. Drawer 220
200 McFarland Ave.
Rossville, GA 30741
Email: carson.royal@harrisshartman.com

This 1st day of May, 2020.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Erica L. Morton*
_____
Erica L. Morton, Esq.
Georgia Bar No.: 140869
*Attorney for Defendant*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, NE, Suite 300
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax:    (404) 888-6199
Email: erica.morton@swiftcurrie.com